IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES A. MARQUEZ,

        Plaintiff,

vs.                                    Civ. No. 98-889 JP/WWD

LILLIAN ROYBAL, et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon a Joint Motion to Stay Discovery and Vacate Scheduling Conference filed by the parties on April 5, 1999. The reason for the proposed stay is the pendency of motions to dismiss. Motions to dismiss and motions for summary judgment are commonplace. To allow proceedings to be stayed due to the pendency of a so-called dispositive motion would pretty well terminate activity in most of our civil cases. In the event that some stay for a definite period of time seems advisable, we can address that at the scheduling conference on April 21, 1999. Other counsel in Ms. Pryor's office may substitute for Ms. Pryor, who will be unavailable at the time of the conference.

      **WHEREFORE,**

      **IT IS ORDERED** that the parties' Joint Motion to Stay Discovery and Vacate Scheduling Conference [docket 22] be, and it hereby is, DENIED.

                                      _____

                                UNITED STATES MAGISTRATE JUDGE